IN THE UNITED STATES BANKRUPTCY COURT
FOR THE MIDDLE DISTRICT OF TENNESSEE

IN RE:

MINDY JO OGLE                                   Case No. 3:15-bk-01709

Debtor.                                         Chapter 13

_____

AGREED ORDER TO CONTINUE HEARING ON
TRUSTEE'S OBJECTION TO MOTION TO SET ASIDE ORDER OF DISMISSAL
_____

The Court, upon the agreement of counsel for the parties, hereby continues the hearing on the Trustee's objection to Motion to Set Aside Order of Dismissal to the Court's docket on September 21, 2016 at 8:30 a.m. in Courtroom 1, Customs House, Nashville Tennessee Bankruptcy Court.

IT IS SO ORDERED.

    THIS ORDER WAS SIGNED AND ENTERED ELECTRONICALLY AS INDICATED AT THE TOP OF THE FIRST PAGE.

APPROVED FOR ENTRY:

/s/Jennifer L. Johnson
Jennifer L. Johnson, BPR #30779
*Attorney for Debtor*
PO Box 8032
Nashville, TN 37076
T: 615-250-3244
F: 615-216-2155
JJohnson@FJLegal.com




/s/ Henry E. Hildebrand, III
Henry E. Hildebrand, III
Chapter 13 Trustee
PO Box 340019
Nashville, TN 37203
T: (615) 244-1101
F: (615) 242-6593
aoecf@ch13nsh.com

Digitally signed by /s/ Henry E. Hildebrand, III
DN: cn=/s/ Henry E. Hildebrand, III, o=Chapter 13 Trustee's Office, ou=Finance (51), email=pleadings@ch13nsh.com, c=US
Date: 2016.09.15 08:19:19 -05'00'