Charles M. Walker
U.S. Bankruptcy Judge
Dated: 9/16/2016



# IN THE UNITED STATES BANKRUPTCY COURT
# MIDDLE DISTRICT OF TENNESSEE

IN RE:

MINDY JO OGLE                 Case No. 3:15-bk-01709

   Debtor.                            Chapter 13

## AGREED ORDER TO SET ASIDE DISMISSAL

It appearing to the Court that the Debtor's *Motion to Set Aside Order of Dismissal* [Court Dkt No. 57] in the above-cited case is granted, by agreement of the parties, as evidenced by the signatures of Counsel below, and the Court being otherwise sufficiently advised; IT IS THEREFORE

ORDERED that the Debtor's Motion to Set Aside Order of Dismissal is Granted, for the purposes of converting to a Chapter 7 bankruptcy.

ORDERED that the Order of Dismissal [Court Dkt No 56] is Vacated.

IT IS SO ORDERED.

**THIS ORDER WAS SIGNED AND ENTERED ELECTRONICALLY AS INDICATED ON THE TOP OF THE FIRST PAGE**

APPROVED FOR ENTRY:

*/s/Jennifer L. Johnson*
Jennifer L. Johnson (TN BPR #030779)
Long, Burnett & Johnson, PLLC
302 42nd Avenue North
Nashville, TN 37209
T: 615-386-0075
F: 615-864-8419
jjohnson@tennessee-bankruptcy.com

*Attorney for Debtor*

/s/ Henry E. Hildebrand, III

Digitally signed by /s/ Henry E. Hildebrand, III
DN: cn=/s/ Henry E. Hildebrand, III, o=Chapter 13 Trustee's Office, ou=Finance (51), email=pleadings@ch13nsh.com, c=US
Date: 2016.09.15 14:01:10 -05'00'

Henry E. Hildebrand, III
Chapter 13 Trustee
PO Box 340019
Nashville, TN 37203
T: (615) 244-1101
F: (615) 242-6593
aoecf@ch13nsh.com

This Order has been electronically signed. The Judge's signature and Court's seal appear at the top of the first page.
United States Bankruptcy Court.